**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ROBERTA NAVARRO, | ) | NO. EDCV 09-02312 SS |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) | |
| Defendant. | ) | |

   IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: December 7, 2010.

          \_\_\_\_\_/S/_____
          SUZANNE H. SEGAL
          UNITED STATES MAGISTRATE JUDGE